## Corbin Manufacturing Co., Inc., *v.* Terwood Park Construction Company, Inc., Appellant.

 Argued December 11, 1969. *Robert A. Clancy*, with him *Beren & Clancy*, for appellant; *Gilbert P. High, Sr.*, with him *John F. Christie, III*, and *High, Swartz, Roberts & Seidel*, for appellee.

Order affirmed.